UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

IN RE: Todd Vincent Coleman               Chapter 13
                                          Case No: 12-10054

### EX PARTE MOTION TO DISMISS CHAPTER 13 PROCEEDING

**NOW INTO COURT**, through the undersigned counsel, come **Todd Vincent Coleman** hereinafter "debtor," who respectfully requests as follows:

1.

On **January 9, 2012**, the above named debtor filed a petition for relief under Chapter 13 of the U.S. Bankruptcy Code.

2.

Debtor has a pending Confirmation hearing in the case scheduled for April 3, 2012. Debtor is unable to comply with the requirements of Chapter 13 and hereby seeks dismissal of his case without prejudice. There are no pending Motions to Lift the Automatic Stay in the case. Debtors counsel request that all fees, in the amount of $2,800.00, be ordered by the court to be paid directly to counsel by debtor.

3.

Debtor avers that this is sufficient cause to request dismissal of the case without prejudice.

**WHEREFORE**, Todd Vincent Coleman, debtor herein, respectfully moves this court for an Order dismissing the above-captioned Chapter 13 proceeding.

Respectfully submitted this **April 2, 2012.**

Respectfully submitted:

/s/ Glay H. Collier, II
**GLAY H. COLLIER, II  #18578**
920 Pierremont, Suite 511
Shreveport, LA 71106
(318) 861-6866