UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA

DEBTOR(S): TODD VINCENT COLEMAN     CASE NUMBER: 12-10054

FILED APR -3 2012
EDWARD A. TAKARA, CLERK
UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT of LOUISIANA

HEARING ON: CONFIRMATION TO CHAPTER 13 PLAN
APPEARANCES: DEBTOR(S): ____ Present  ✓ Absent
DEBTOR(S) COUNSEL: _____
CREDITOR(s) COUNSEL: _____

## ORDER

( ) IT IS ORDERED that **Confirmation** of the **Chapter 13 Plan** be GRANTED/DENIED.

( ) IT IS ORDERED that the Debtor(s) is/are granted _____ days from date of this order to:
_____ **pay** the Chapter 13 Trustee $_____; AND/OR
_____ file and notice an **amended plan** and pay pursuant to that amended plan; OR
_____ voluntarily **dismiss** this Chapter 13 case; OR
_____ **convert** this Chapter 13 case to a **Chapter 7** case;
**FAILURE TO TAKE THE ABOVE DIRECTED ACTION(S) AND THIS CASE WILL BE DISMISSED WITHOUT FURTHER HEARING UPON THE FILING OF AN EX-PARTE MOTION BY THE STANDING TRUSTEE. SUCH DISMISSAL WILL INCLUDE A FINDING UNDER 11 U.S.C. §109(g) WHICH WILL PROHIBIT DEBTOR(S) FROM FILING ANY TYPE OF BANKRUPTCY AGAIN FOR SIX (6) MONTHS.**

( ) IT IS ORDERED that the above captioned **Chapter 13 Case** is hereby **CONVERTED** to a **Chapter 7 Case**.

(✓) IT IS ORDERED that the above captioned case is hereby **DISMISSED**:
_____ with a finding under **11 U.S.C. §109** for failure to prosecute and/or pay (will prohibit Debtor(s) from filing any type of bankruptcy again for six (6) months).
✓ without a finding under **11 U.S.C. §109** (no filing prohibition).

( ) IT IS ORDERED that the **Motion to Lift Stay** filed by _____ is hereby GRANTED AS PRAYED FOR/DENIED/WITHDRAWN WITH PREJUDICE/WITHOUT PREJUDICE.

( ) IT IS ORDERED that the **Motion** _____ filed by _____ is hereby GRANTED AS PRAYED FOR/DENIED/WITHDRAWN WITH PREJUDICE/WITHOUT PREJUDICE.

( ) IT IS ORDERED that the **Objection** _____ filed by _____ is hereby SUSTAINED/OVERRULED/WITHDRAWN WITH PREJUDICE/WITHOUT PREJUDICE.

(✓) IT IS ORDERED that **Legal Fees** of the Debtor(s) counsel are hereby **APPROVED**:
_____ in the amount of $_____.
✓ as prayed for.

( ) IT IS ORDERED that if the **Debtor(s) fail** to make any **future payments** to _____ and go beyond _____ days of the date they are due, _____ may submit an affidavit of default with an ex-parte motion to:
_____ have the above captioned case **dismissed**.
_____ have the **stay lifted**.

( ) IT IS ORDERED that _____

DATE OF THIS ORDER: April 3, 2012 @ 1:30 PM

STEPHEN V. CALLAWAY, JUDGE
U. S. BANKRUPTCY COURT

COPY SENT: DATE: 4/4/12  BY: _____   BNC TO NOTICE Dbt, Atty, Tr

12-10054 - #21  File 04/03/12  Enter 04/04/12 15:21:18  Main Document  Pg 1 of 1